| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gilliam Jr., Haywood S. | 2. Court or Organization<br><br>U.S. District Court, Northern District of California | 3. Date of Report<br><br>08/30/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active Status | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial   ☑ Annual     ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>1301 Clay Street<br>Oakland, CA 94612 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐     NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Board President | Northern District of California Practice Program |
| 3. | Board of Governors Member | Association of Business Trial Lawyers Northern California Chapter |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑     NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2016 | San Francisco Superior Court salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Association of Business Trial Lawyers Northern California Chapter | October 4-9, 2016 | Kapalua, HI | ABTL Annual Seminar | Transportation, hotel, meals, registration fee |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Security Benefit Life Total Value Annuity | A | Interest | L | T | | | | | |
| 2.  IRA #1 (H) | D | Dividend | N | T | | | | | |
| 3.  -Automatic Data Processing Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 4. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 5.  -Bank of the Ozarks Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 6. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 7.  -Canadian National Railway Stock | A | Dividend | | | Sold (part) | 01/15/16 | J | A | |
| 8. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 9. | | | | | Sold | 12/12/16 | J | A | |
| 10.  -Cardinal Health Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 11. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 12. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 13.  -Casey's General Store Stock | A | Dividend | J | T | Buy | 11/09/16 | J | | |
| 14.  -Chubb Stock | A | Dividend | J | T | Buy (add'l) | 04/08/16 | J | | |
| 15.  -Church & Dwight Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 16. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 17.  -Ecolab Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 19. -EOG Resources Stock | A | Dividend | K | T | | | | | |
| 20. -Energy Transfer Partners LP | A | Distribution | J | T | | | | | |
| 21. -Enterprise Products Partners LP | A | Distribution | J | T | | | | | |
| 22. -Factset Research Systems Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 23. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 24. | | | | | Sold (part) | 07/08/16 | J | A | |
| 25. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 26. -Flowers Foods Stock | A | Dividend | J | T | Buy | 11/09/16 | J | | |
| 27. -Genesis Energy LP (X) | A | Distribution | J | T | | | | | |
| 28. -Harris Corporation Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 29. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 30. -Henry Jack & Associates Stock | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 31. -Hormel Foods Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | B | |
| 32. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 33. -Magellan Midstream Partners LP Stock | A | Distribution | K | T | | | | | |
| 34. -Microsoft Stock | A | Dividend | J | T | Buy | 05/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 36. -Nestle Stock | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 37. -Nike Stock | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 38. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 39. -Novo Nordisk Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | B | |
| 40. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 41. -Parker Hannifin Corporation Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 42. -Perrigo Stock | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 43. -Plains All American Pipeline LP Stock | A | Distribution | J | T | | | | | |
| 44. -Polaris Industries Stock | A | Dividend | J | T | Buy (add'l) | 02/17/16 | J | | |
| 45. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 46. -Qualcomm Stock | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 47. -Roche Holdings Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 48. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 49. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 50. -Roper Industries Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 51. | | | | | Buy (add'l) | 02/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ross Stores Stock | A | Dividend | J | T | Buy | 11/09/16 | J | | |
| 53. -SEI Investments Stock | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 54. -Sherwin Williams Stock | A | Dividend | J | T | Sold (part) | 01/15/16 | J | A | |
| 55. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 56. -Spectra Energy LP | A | Distribution | J | T | Buy | 09/01/16 | J | | |
| 57. -Sunoco Logistics Partners LP | A | Distribution | J | T | | | | | |
| 58. -T. Rowe Price Group Stock | A | Dividend | J | T | | | | | |
| 59. -Tiffany Stock | A | Dividend | | | Buy | 04/08/16 | J | | |
| 60. | | | | | Sold | 06/01/16 | J | A | |
| 61. -TJX Stock | A | Dividend | J | T | | | | | |
| 62. -United Technologies Corporation Stock | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 63. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 64. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 65. -Valspar Corporation Stock | A | Dividend | | | Sold (part) | 01/15/16 | J | A | |
| 66. | | | | | Sold | 07/18/16 | J | B | |
| 67. -VF Corporation Stock | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 68. -Walmart Stores Inc. Stock | A | Dividend | J | T | Buy | 11/09/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Pershing Prime Reserves MMF | A | Distribution | J | T | Redeemed (part) | 01/06/16 | J | A | |
| 70. | | | | | Buy (add'l) | 01/22/16 | L | | |
| 71. | | | | | Redeemed (part) | 02/08/16 | J | A | |
| 72. | | | | | Redeemed (part) | 02/22/16 | L | A | |
| 73. | | | | | Redeemed (part) | 03/22/16 | K | A | |
| 74. | | | | | Redeemed (part) | 04/06/16 | J | A | |
| 75. | | | | | Redeemed (part) | 04/13/16 | J | A | |
| 76. | | | | | Redeemed (part) | 05/05/16 | K | A | |
| 77. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 78. | | | | | Redeemed (part) | 06/28/16 | J | A | |
| 79. | | | | | Redeemed (part) | 07/08/16 | J | A | |
| 80. | | | | | Buy (add'l) | 07/14/16 | K | | |
| 81. | | | | | Buy (add'l) | 07/22/16 | K | | |
| 82. | | | | | Redeemed (part) | 09/07/16 | J | A | |
| 83. | | | | | Redeemed (part) | 10/03/16 | L | A | |
| 84.   -Federated Treasury Obligations Capital MMF | A | Distribution | K | T | Buy | 10/03/16 | L | | |
| 85. | | | | | Redeemed (part) | 11/15/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Redeemed (part) | 12/07/16 | J | A | |
| 87. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 88. Pershing Cash-Equivalent Account | A | Interest | J | T | | | | | |
| 89. IRA # 3 (H) | D | Dividend | N | T | | | | | |
| 90. -BlackRock Capital Investment Bonds | A | Interest | J | T | | | | | |
| 91. -M/I Homes Bonds | A | Interest | J | T | | | | | |
| 92. -Redwood Trust Convertible Notes | A | Interest | J | T | | | | | |
| 93. -Broadsoft Bonds | A | Interest | J | T | | | | | |
| 94. -Chart Industries Bonds | A | Interest | J | T | | | | | |
| 95. -Blackstone Mortgage Trust Bonds | A | Interest | J | T | | | | | |
| 96. -Ares Capital Corporation Bonds | A | Interest | | | Sold | 07/06/16 | J | A | |
| 97. -KB Home Bonds | A | Interest | | | Sold | 12/06/16 | J | A | |
| 98. -Apollo Commercial Real Estate Bonds | A | Interest | J | T | | | | | |
| 99. -Ryland Group Bonds | A | Interest | J | T | | | | | |
| 100. -Renewable Energy Group Bonds | A | Interest | J | T | | | | | |
| 101. -ANI Pharmaceuticals Bonds | A | Interest | J | T | | | | | |
| 102. -Resource Capital Corp. Bonds | A | Interest | | | Sold | 11/16/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Forestar Group Bonds | A | Interest | J | T | | | | | |
| 104. -Prospect Capital Corp. Bonds | A | Interest | | | Sold | 04/15/16 | J | A | |
| 105. -Echo Global Logistics Bonds | A | Interest | J | T | | | | | |
| 106. -PennyMac Bonds | A | Interest | J | T | | | | | |
| 107. -Encore Capital Group Bonds | A | Interest | J | T | Buy (add'l) | 11/09/16 | J | | |
| 108. -Portfolio Recovery Associates Bonds | A | Interest | J | T | Buy (add'l) | 05/26/16 | J | | |
| 109. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 110. -Sandisk Corporation Bonds | A | Interest | | | Sold | 05/13/16 | J | A | |
| 111. -TTM Technologies Bonds | A | Interest | K | T | | | | | |
| 112. -Colony Capital Bonds | A | Interest | J | T | | | | | |
| 113. -Emergent Biosolutions Bonds | A | Interest | J | T | | | | | |
| 114. -UBS AG Callable Exchangeable Securities 90270kaw99 | B | Dividend | | | Sold | 05/10/16 | J | A | |
| 115. -Barclays Bank PLC Synthetic Convertible Notes 06741jv307 | | None | | | Sold | 07/01/16 | J | A | |
| 116. -Barclays Bank PLC Synthetic Convertible Notes 06741jv893 | B | Dividend | J | T | | | | | |
| 117. -Societe Generale Medium Term Notes | A | Dividend | J | T | Buy (add'l) | 07/11/16 | J | | |
| 118. -Atlas Air Bonds | A | Interest | J | T | | | | | |
| 119. -Seacor Holdings Bonds | A | Interest | | | Buy (add'l) | 04/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 08/05/16 | J | A | |
| 121.  -j2 Global Bonds | | | | | Sold | 04/04/16 | J | A | |
| 122.  -Helix Energy Solutions Group Bonds | A | Interest | | | Sold | 07/20/16 | J | A | |
| 123.  -Finisar Corp. Bonds | A | Interest | K | T | Buy (add'l) | 08/05/16 | J | | |
| 124.  -Huron Consulting Group Bonds | A | Interest | J | T | Buy | 12/23/16 | J | | |
| 125.  -Interdigital Bonds | A | Interest | J | T | Buy | 05/05/16 | J | | |
| 126.  -Calamp Corp. Bonds | A | Interest | J | T | Buy | 06/03/16 | J | | |
| 127. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 128.  -Wells Fargo Bonds | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 129.  -Aceto Corp. Bonds | A | Dividend | | | Buy | 12/15/16 | J | | |
| 130.  -On Semiconductor Bonds | A | Interest | J | T | Buy | 07/11/16 | J | | |
| 131. | | | | | Buy (add'l) | 08/09/16 | J | | |
| 132.  -Impax Laboratories Bonds | A | Interest | J | T | Buy | 09/22/16 | J | | |
| 133.  -Repligen Bonds | A | Dividend | | | Buy | 05/19/16 | J | | |
| 134. | | | | | Sold | 10/18/16 | J | A | |
| 135.  -Synchronoss Bonds | | None | | | Buy | 04/26/16 | J | | |
| 136. | | | | | Sold | 04/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Federated Treasury Obligations MNF | A | Distribution | J | T | Buy | 10/03/16 | J | | |
| 138. | | | | | Redeemed (part) | 10/07/16 | J | A | |
| 139. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 140. | | | | | Redeemed (part) | 11/14/16 | J | A | |
| 141. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 142. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 143. | | | | | Redeemed (part) | 12/19/16 | J | A | |
| 144. | | | | | Redeemed (part) | 12/28/16 | J | A | |
| 145. -Pershing Government Account MMF | A | Distribution | J | T | Redeemed (part) | 01/06/16 | J | A | |
| 146. | | | | | Redeemed (part) | 04/06/16 | J | A | |
| 147. | | | | | Buy (add'l) | 04/06/16 | J | | |
| 148. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 149. | | | | | Redeemed (part) | 04/27/16 | J | A | |
| 150. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 151. | | | | | Redeemed (part) | 05/10/16 | J | A | |
| 152. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 153. | | | | | Buy (add'l) | 05/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Redeemed (part) | 05/24/16 | J | A | |
| 155. | | | | | Redeemed (part) | 05/31/16 | J | A | |
| 156. | | | | | Redeemed (part) | 06/07/16 | J | A | |
| 157. | | | | | Redeemed (part) | 06/27/16 | J | A | |
| 158. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 159. | | | | | Redeemed (part) | 07/08/16 | J | A | |
| 160. | | | | | Redeemed (part) | 07/13/16 | J | A | |
| 161. | | | | | Redeemed (part) | 07/15/16 | J | A | |
| 162. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 163. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 164. | | | | | Redeemed (part) | 09/01/16 | J | A | |
| 165. | | | | | Redeemed (part) | 09/02/16 | J | A | |
| 166. | | | | | Redeemed (part) | 09/26/16 | J | A | |
| 167. | | | | | Redeemed (part) | 10/03/16 | J | A | |
| 168. IRA # 4 (H) | A | Interest | L | T | | | | | |
| 169. -AQR Managed Futures Strategy Fund | | None | | | Sold | 11/18/16 | J | A | |
| 170. -Alger Capital Appreciation Institutional Fund Class I | | None | | | Sold | 02/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Calamos Global Convertible Fund Class I | A | Interest | J | T | Sold (part) | 02/26/16 | J | A | |
| 172. -Deutsche X-Trackers MSCI EAFE Equity ETF | A | Dividend | J | T | Buy (add'l) | 04/26/16 | J | | |
| 173. -Federated Strategic Value Dividend Fund | A | Dividend | J | T | Sold (part) | 02/26/16 | J | A | |
| 174. -Ivy International Core Equity Fund Class A | | None | | | Sold | 04/18/16 | J | A | |
| 175. -John Hancock Disciplined Value Fund Class A | A | Dividend | J | T | | | | | |
| 176. -John Hancock Global Absolute Return Strategies Class A | | None | J | T | | | | | |
| 177. -Oppenheimer Senior Floating Rate Fund Class Y | A | Dividend | | | Sold | 02/26/16 | J | A | |
| 178. -Oppenheimer SteelPath MLP Alpha Class Y | A | Dividend | | | Sold | 06/07/16 | J | A | |
| 179. -iShares TR TIPS BD ETF | A | Dividend | | | Sold | 02/26/16 | J | A | |
| 180. -iShares TR iBoxx USD Investment Grade Corporate Bond ETF | A | Dividend | J | T | Buy (add'l) | 02/26/16 | J | | |
| 181. -iShares TR Barclays 7-10 Year Treasury Bond ETF | A | Dividend | J | T | Sold (part) | 02/26/16 | J | A | |
| 182. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 183. -iShares TR 1-3 Year Treasury Bond ETF | A | Dividend | J | T | Sold (part) | 12/01/16 | J | A | |
| 184. -iShares TR International Treasury Bond ETF | A | Dividend | | | Sold | 02/26/16 | J | A | |
| 185. -iShares TR MSCI ACWI ETF | A | Dividend | J | T | Buy (add'l) | 07/05/16 | J | | |
| 186. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 187. -iShares TR MBS ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -iShares TR 1-3 Year Credit Bond ETF | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 189. -iShares TR MSCI EAFE Minimum Volatility ETF | A | Dividend | J | T | | | | | |
| 190. -Neuberger Berman Long Short Fund Institutional Class | A | Dividend | J | T | | | | | |
| 191. -PowerShares DWA Momentum Portfolio ETF | A | Dividend | J | T | | | | | |
| 192. -PowerShares S&P 500 Low Volatility Portfolio ETF | A | Dividend | J | T | | | | | |
| 193. -SPDR S&P 500 ETF | A | Dividend | | | Sold | 02/26/16 | J | A | |
| 194. -SPDR Health Care Select Sector ETF | A | Dividend | J | T | | | | | |
| 195. -SPDR Energy Select Sector ETF` | | None | | | Sold | 02/16/16 | J | A | |
| 196. -SPDR Technology Select Sector ETF | A | Dividend | J | T | | | | | |
| 197. -Templeton Global Bond Advantage Fund | A | Dividend | J | T | Buy (add'l) | 02/26/16 | J | | |
| 198. -Thornburg Limited Term Income Fund Class I | A | Dividend | | | Sold | 02/26/16 | J | A | |
| 199. -Vanguard Malvern Short-Term Inflation Protected Securities ETF | A | Dividend | J | T | | | | | |
| 200. -Vanguard International Equity Index Pacific ETF | | None | | | Sold | 02/26/16 | J | A | |
| 201. -Vanguard International Equity Index Europe ETF | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 202. -Vanguard REIT ETF | A | Dividend | | | Sold | 04/26/16 | J | A | |
| 203. -Vanguard Small-Cap ETF | | None | | | Sold | 02/26/16 | J | A | |
| 204. -WisdomTree Japan Hedged Equity ETF | A | Dividend | | | Sold | 11/17/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Edgewood Growth Fund Institutional Fund | A | Distribution | J | T | Buy | 02/26/16 | J | | |
| 206. -Delaware Small Cap Core Fund | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 207. -Deutsche Enhanced Commodity Strategy Fund | A | Dividend | J | T | Buy | 11/18/16 | J | | |
| 208. -Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 209. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 210. -Oppenheimer International Growth Fund | A | Dividend | J | T | Buy | 04/18/16 | J | | |
| 211. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 212. -Prudential High Yield Fund Inc. | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 213. -SPDR Real Estate Select Sector ETF (X) | A | Dividend | J | T | | | | | |
| 214. -ProShares Short Dow 30 ETF | | None | | | Buy | 03/18/16 | J | | |
| 215. | | | | | Sold | 06/24/16 | J | A | |
| 216. -ProShares Short 20+ Year Treasury ETF | A | Dividend | | | Buy | 06/15/16 | J | | |
| 217. | | | | | Sold | 10/17/16 | J | A | |
| 218. -Pershing Government Account MMF | A | Distribution | J | T | Redeemed (part) | 02/29/16 | J | A | |
| 219. | | | | | Redeemed (part) | 03/23/16 | J | A | |
| 220. | | | | | Redeemed (part) | 09/14/16 | J | A | |
| 221. | | | | | Redeemed (part) | 10/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 19

Name of Person Reporting

Gilliam Jr., Haywood S.

Date of Report

08/30/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Federated Treasury Obligations Capital MMF | A | Distribution | J | T | Buy | 10/03/16 | J | | |
| 223. | | | | | Redeemed (part) | 10/18/16 | J | A | |
| 224. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 225. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 226. Brokerage Account #1 (H) | | | | | | | | | |
| 227. -Gamco Global Gold, Natural Resources and Income Trust | A | Dividend | J | T | | | | | |
| 228. -Tier REIT 1 | | None | J | T | | | | | |
| 229. American Funds College 2018 Fund -- 529 | C | Dividend | M | T | | | | | |
| 230. Citibank cash accounts | A | Interest | L | T | | | | | |
| 231. Chase cash accounts | A | Interest | J | T | | | | | |
| 232. Trust #1 (H) | | | | | | | | | |
| 233. -Personal Residence (Oakland, CA) | | None | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - In some instances, Column B includes unrealized gains not constituting reportable income.

Part VII, page 4, line 14 - On January 14, 2016, Ace Limited acquired Chubb and adopted the Chubb name. I therefore assume that this was an addition to what previously had been my position in Ace Limited.

Part VII, page 8, line 69 - Pershing Prime Reserves MMF is a money fund account used for the sole purpose of purchasing assets in IRA #1. This account has existed since IRA #1 was opened, and should have been disclosed in my 2015 report. I inadvertently omitted this account from the earlier report.

Part VII, page 10, line 114 - Exchangeable securities are linked to the performance of Google common stock.

Part VII, page 10, line 115 - Convertible notes are linked to the performance of International Paper Company common stock.

Part VII, page 10, line 116 - Convertible notes are linked to the performance of General Electric common stock.

Part VII, page 12, line 145 - Pershing Government Account MMF is a money fund account used for the sole purpose of purchasing assets in IRA #3. This account has existed since IRA #3 was opened, and should have been disclosed in my 2015 report. I inadvertently omitted this account from the earlier report.

Part VII, page 16, line 218 - Pershing Government Account MMF is a money fund account used for the sole purpose of purchasing assets in IRA #4. This account has existed since IRA #4 was opened, and should have been disclosed in my 2015 report. I inadvertently omitted this account from the earlier report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Haywood S. Gilliam Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544